UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XPO LOGISTICS, INC., a Delaware corporation, and XPO LOGISTICS FREIGHT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS MICHAJLA,<br><br>Defendant. | Case No. C17-1346RSL<br><br>ORDER ESTABLISHING BRIEFING SCHEDULE |

On Thursday, September 7, 2017, plaintiffs filed a complaint alleging defendant violated state and federal trade secret laws, Dkt. # 1, and included a motion for a temporary restraining order, order to show cause why a preliminary injunction should not issue, and order permitting expedited discovery, Dkt. # 5.

There is no indication on the record that plaintiffs served defendant or otherwise provided notice of the motion. A party may obtain a temporary restraining order without notice to the adverse party, but only after providing "specific facts in an affidavit or a verified complaint clearly show[ing] that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition," and providing a certified explanation of why notice should not be required. Fed. R. Civ. P. 65(b)(1).

Plaintiffs have not met those requirements and are hereby directed to serve defendants with the summons, with the complaint and accompanying motions, and with this Order on or

| | |
|---|---|
| 1 | before Thursday, September 14, 2017. The Clerk of Court is directed to renote plaintiffs' |
| 2 | "Motion for Temporary Restraining Order, Order to Show Cause, and Order Permitting |
| 3 | Expedited Discovery," Dkt. # 5, on the Court's calendar for Wednesday, September 20, 2017. |
| 4 | Defendant may file a response no later than 4:30 PM on Tuesday, September 19, 2017. |
| 5 | Plaintiffs' reply, if any, shall be filed no later than 4:30 PM on the note date. |

DATED this 11th day of September, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge