1

2                                                          The Hon. Robert S. Lasnik

3

4

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

7
     XPO LOGISTICS, INC., a Delaware                    CASE NO. 2:17-cv-01346-RSL
8    corporation, and XPO LOGISTICS FREIGHT,
     INC., a Delaware corporation,                      [PROPOSED] STIPULATED
9                                                       PRELIMINARY INJUNCTION
                      Plaintiffs,
10
           v.
11
     THOMAS MICHAJLA,
12
                      Defendant.
13

14         Plaintiffs XPO Logistics, Inc. and XPO Logistics Freight, Inc. (together, "XPO") and

15   Defendant Thomas Michajla ("Defendant"), by and through their undersigned attorneys, stipulate

16   to, and respectfully request that the Court enter, the following Stipulated Preliminary Injunction

17   (the "Order"):

18         1.      To obtain a preliminary injunction, a party must show (1) "that [it] is likely to

19   succeed on the merits," (2) "that [it] is likely to suffer irreparable harm in the absence of

20   preliminary relief," (3) "that the balance of equities tips in [its] favor," and (4) "that an injunction

21   is in the public interest." *Arc of Cal. v. Douglas*, 757 F.3d 975, 983 (9th Cir. 2014) (quoting

22   *Winter v. NRDC*, 555 U.S. 7, 20 (2008), and *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127,

23   1131 (9th Cir. 2011)) (internal quotation marks omitted).

[PROPOSED] STIPULATED PRELIMINARY                    **ANGELI LAW GROUP LLC**
INJUNCTION - PAGE 1                                  121 S.W. Morrison Street, Suite 400
                                                     Portland, Oregon 97204
                                                     Telephone: (503) 954-2232
                                                     Facsimile: (503) 227-0880

2.    XPO has demonstrated a likelihood of success on the merits of its claims. The information that Defendant forwarded from his XPO company email account to his personal email account likely derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable through proper means by, other persons who can obtain economic value from the disclosure or use of the information, and XPO likely has taken reasonable measures to protect the secrecy of such information. Defendant likely misappropriated the information by forwarding it from his XPO company email account to a personal email account and retaining it following the termination of his employment.

3.    Unless a preliminary injunction is granted on the terms set forth herein, XPO likely will suffer irreparable harm through the use or disclosure of such information.

4.    The harm to XPO in the absence of a preliminary injunction likely will be significant, in that its interest in maintaining the confidentiality of its trade secrets likely will be irreversibly compromised. Defendant, by contrast, likely will suffer minimal harm, if any, if the proposed preliminary injunction is entered. Thus, the balance of equities favors entry of a preliminary injunction.

5.    The public interest, which recognizes the protection of trade secrets, favors entry of a preliminary injunction.

Accordingly, based on the stipulation of the parties, and for good cause, it is hereby ORDERED as follows:

1.    Defendant is hereby enjoined from using, disclosing, or accessing any XPO trade secrets currently in his possession, custody, or control, including, but not limited to, (i) any confidential business information related to XPO's customers, revenue, pricing, finances, or

[PROPOSED] STIPULATED PRELIMINARY
INJUNCTION - PAGE 2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

1    marketing, and (ii) any information in emails that Defendant forwarded from his XPO company

2    email account to any personal email account under his direct or indirect control.

3         2.    Pursuant to Federal Rule of Civil Procedure 65(c), the parties stipulate and agree

4    that XPO need not post a security in connection with this Order.

5         3.    A preliminary injunction is "not a final decision on the merits." *See Los Angeles*

6    *Mem'l Coliseum Comm'n v. Nat'l Football League*, 634 F.2d 1197, 1200 (9th Cir. 1980).

7    Accordingly, nothing in this Order operates or should be construed as a finding or admission by

8    either party concerning any aspect of, and may not be offered as evidence on, the merits of

9    XPO's claims or Defendant's defenses.

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

[PROPOSED] STIPULATED PRELIMINARY
INJUNCTION - PAGE 3

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

1    4.    This Order shall remain in effect until further order of the Court.

2    IT IS SO ORDERED.

3    Dated this __ day of September, 2017

4

5
                                                  _____
6                                                 UNITED STATES DISTRICT JUDGE

So stipulated:
7

8    s/
     **DAVID H. ANGELI**, WSBA No. 43741          s/
9    david@angelilaw.com                          **WILLIAM B. FOSTER**, WSBA No. 8270
     s/                                           bfosteresq@comcast.net
10   **EDWARD A. PIPER**, Or. Bar No. 141609       WILLIAM B. FOSTER, INC., P.S.
                                                  1907 Everett Ave.
11     (*admitted pro hac vice*)                   Everett, WA 98201
     ed@angelilaw.com                             Telephone: (425) 776-2147
12   ANGELI LAW GROUP LLC                         Facsimile: (425) 776-2140
     121 S.W. Morrison Street, Suite 400
13   Portland, Oregon 97204                       Attorney for Defendant Thomas Michajla
     Telephone: (503) 954-2232
14   Facsimile: (503) 227-0880

15
     s/
16   **RYLAN WEYTHMAN**, WSBA No. 45352
     FOSTER PEPPER PLLC
17   1111 3rd Ave Ste 3000
     Seattle, Washington 98101
18   Telephone: (206) 447-6225
     Facsimile: (206) 749-2137
19

20   Attorneys for Plaintiffs XPO Logistics, Inc.
21   and XPO Logistics Freight, Inc.

22

23

[PROPOSED] STIPULATED PRELIMINARY          ANGELI LAW GROUP LLC
INJUNCTION - PAGE 4                         121 S.W. Morrison Street, Suite 400
                                            Portland, Oregon 97204
                                            Telephone: (503) 954-2232
                                            Facsimile: (503) 227-0880

1    4.    This Order shall remain in effect until further order of the Court.

2    IT IS SO ORDERED.

3    Dated this 21st day of September, 2017.

4

5                                                    _____

6                                                    UNITED STATES DISTRICT JUDGE

7    So stipulated:

8    *s/David H. Angeli*                             s/ _____
     **DAVID H. ANGELI**, WSBA No. 43741             **WILLIAM B. FOSTER**, WSBA No. 8270
9    david@angelilaw.com                             bfosteresq@comcast.net
     *s/Edward A. Piper*                             WILLIAM B. FOSTER, INC., P.S.
10   **EDWARD A. PIPER**, Or. Bar No. 141609         1907 Everett Ave.
        (*admitted pro hac vice*)                    Everett, WA 98201
11   ed@angelilaw.com                                Telephone: (425) 776-2147
     ANGELI LAW GROUP LLC                            Facsimile: (425) 776-2140
12   121 S.W. Morrison Street, Suite 400
13   Portland, Oregon 97204                          Attorney for Defendant Thomas Michajla
     Telephone: (503) 954-2232
14   Facsimile: (503) 227-0880

15
     *s/Rylan Weythman*
16   **RYLAN WEYTHMAN**, WSBA No. 45352
     FOSTER PEPPER PLLC
17   1111 3rd Ave Ste 3000
18   Seattle, Washington 98101
     Telephone: (206) 447-6225
19   Facsimile: (206) 749-2137

20
     Attorneys for Plaintiffs XPO Logistics, Inc.
21   and XPO Logistics Freight, Inc.

22

23

[PROPOSED] STIPULATED PRELIMINARY                   **ANGELI LAW GROUP LLC**
INJUNCTION - PAGE 4                                 121 S.W. Morrison Street, Suite 400
                                                    Portland, Oregon 97204
                                                    Telephone: (503) 954-2232
                                                    Facsimile: (503) 227-0880