UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XPO LOGISTICS, INC., a Delaware corporation, and XPO LOGISTICS FREIGHT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS MICHAJLA,<br><br>Defendant. | Case No. C17-1346RSL<br><br>ORDER GRANTING MOTION TO WITHDRAW |

This matter comes before the Court on William B. Foster's motion to withdraw as counsel for defendant Thomas Michajla. Dkt. # 29. Having reviewed the motion and the remainder of the record, the motion is GRANTED. Mr. Foster is no longer counsel of record in this matter. The Clerk of Court is directed to add defendant's contact information to the docket:

Thomas Michajla
95 North Shore Drive
Orondo, Washington 98843
(509) 699-6513

Defendant is now proceeding *pro se* in this matter. Unless and until he retains new counsel to represent him, he is expected to follow the local rules of this district (found at http://www.wawd.uscourts.gov/sites/wawd/files/WAWDAllLocalCivilRules-2017.pdf) and the Federal Rules of Civil Procedure. Defendant is advised that requests for relief from the Court

ORDER GRANTING MOTION TO WITHDRAW - 1

must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. See LCR 7, 10; 28 U.S.C. § 1746.

DATED this 6th day of December, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW - 2