UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XPO LOGISTICS, INC., a Delaware corporation, and XPO LOGISTICS FREIGHT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS MICHAJLA,<br><br>Defendant. | Case No. C17-1346RSL<br><br>ORDER GRANTING EXTENSION OF TIME |

This matter comes before the Court on "Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Counterclaims." Dkt. # 30. Defendant's attorney has recently withdrawn and plaintiffs assert that they seek to confer with defendant directly in order to narrow the scope of their response and of a forthcoming motion to dismiss. The Court finds there is good cause for an extension of time. Plaintiffs' motion is accordingly GRANTED, and the deadline by which plaintiffs must respond to defendant's counterclaims is extended until Friday, December 15, 2017.

DATED this 6th day of December, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION OF TIME - 1